# Exhibit 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA FEINMAN; and GARRETT M. GRAFF, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION; )<br>EXECUTIVE OFFICE OF UNITED STATES )<br>ATTORNEYS; and UNITED STATES )<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendants. )<br>) | Case No. 1:09-cv-2047-ESH |

## DECLARATION OF NAKEITHA D. GILBERT

I, Nakeitha D. Gilbert, declare the following to be true and correct:

1. I am the Secretary in the Office of Information Policy ("OIP"), United States Department of Justice. One of my responsibilities is to oversee the logging of administrative appeals taken from denials by all components of the Department of Justice (such as the Federal Bureau of Investigation ("FBI")) under the Freedom of Information Act.

2. I have personally reviewed OIP's electronic inventory of administrative appeals, which is where all the appeals to OIP are recorded. There is no record of OIP receiving an administrative appeal from Garrett Graff from the action of the FBI denying his request for information in Request No. 1128923.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed March 30, 2010.

*Nakeitha Gilbert*
Nakeitha D. Gilbert