IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA FEINMAN and )
GARRETT M. GRAFF, )
 )
Plaintiffs, )
 )
v. ) Civ. A. No. 1:09-cv-02047 (ESH)
 )
FEDERAL BUREAU OF INVESTIGATION, et al.,)
 )
Defendants. )

## SUPPLEMENTAL DECLARATION OF DENNIS J. ARGALL

I, Dennis J. Argall, declare as follows:

(1)  I currently serve as the Assistant Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Winchester, Virginia and, in the absence of RIDS Section Chief, David M. Hardy, I serve as Acting Section Chief for RIDS. I became the Assistant Section Chief on November 1, 2008. From August 18, 2008 until October 31, 2008, I was the Unit Chief of Litigation Support Unit. I have been employed by the FBI since August 18, 2008. Prior to my joining the FBI, from July 11, 2005 until July 10, 2008, I was on active duty in the United States Navy and assigned to United States Fleet Forces Command, located in Norfolk, Virginia, as the Fleet Judge Advocate. In that capacity I was responsible for reviewing all information being released under the Freedom of Information Act (FOIA). From August 17, 1983 to July 11, 2005, I served as an active duty Navy Judge Advocate at various commands and routinely dealt with FOIA matters, including a tour from January 1987 to September 1988 with

the Department of the Navy Litigation Office where I was a litigation counsel for FOIA matters. I am also an attorney who has been licensed to practice law in the State of Wisconsin since 1983.

(2)     In my official capacity as Acting Section Chief of RIDS, I supervise approximately 277 employees who staff a total of ten (10) Units and two field operational service center units whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 13526; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552. Specifically, I am aware of the FBI's treatment afforded to the FOIA request which Garrett M. Graff (hereafter referred to as "plaintiff") made for "certain files regarding the FBI's investigation into and the role in the 1987 rendition of Royal Jordanian Flight 402 hijacker and Amal Organization militiaman Fawaz Younis."

(4)     This declaration is being submitted in support of defendant FBI's opposition to plaintiff's motion for class certification. This declaration supplements information previously provided in the declaration of Dennis J. Argall, dated March 29, 2010 and the declaration of David M. Hardy, dated May 6, 2010.

(5)     The FBI maintains records according to the requester's name (and/or aliases), subject of request, FOIA request number, the date a request was received, the date a request was closed, the office to which a request was submitted (i.e., Headquarters or Field Office), the type of request (i.e., FOIA or Privacy Act), the case type (e.g., FOIA, appeal, referral, litigation, etc.), whether a requester seeks a fee waiver or expedited processing, and the reason for closing a FOIA request number (e.g., insufficient information, no record, fees not guaranteed, etc.).

(6)     The FBI does not maintain any record of the national origin of the subject of a FOIA request because that information is not necessary for the processing of the request. It is often very difficult to determine national origin from a request alone and there is simply no reason to collect such information as it is not required under the FOIA or FBI policy.

(7)     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2010.

DENNIS J. ARGALL
Acting Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Winchester, Virginia