IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA FEINMAN; and GARRETT M. GRAFF,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 1:09-cv-2047-ESH |

### DECLARATION OF VINAY J. JOLLY

I, Vinay J. Jolly, declare the following to be a true and correct statement of facts:

1. I am an Attorney-Advisor with the Executive Office for United States Attorneys ("EOUSA"), United States Department of Justice. I am assigned to the component of EOUSA designated to administer the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, amended by the OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, and the Privacy Act of 1974 ("PA"), 5 U.S.C. §552a. In that capacity, my responsibilities include the following: acting as liaison with other divisions and offices of the Department of Justice ("DOJ") in responding to requests and the litigation filed under the FOIA/PA; the review of FOIA/PA requests for access to records located in this office and ninety-four United States Attorney offices ("USAOs") and the case files arising therefrom; the review of correspondence related to requests; the review of searches conducted in response to requests; and the preparation of EOUSA's responses thereto to assure that determinations to withhold or to release responsive records are in accordance with the provisions of both the FOIA and the PA, as well as with the Department of Justice regulations (28

C.F.R. §§ 16.3 and 16.40).

2. As an Attorney-Advisor of the FOIA/PA Unit, EOUSA, I have the authority to release and/or withhold records requested under the FOIA/PA, and to explain the rationale for EOUSA's disclosure determinations. The statements I make in this Declaration are made on the basis of my review of the official files and records of EOUSA, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. Due to the nature of my official duties, I am familiar with the procedures followed by this office in responding to the FOIA/PA request(s) made to EOUSA. The purpose of this declaration is to provide the Court with an explanation of the handling of third-party FOIA requests concerning foreign nationals. This declaration is submitted in support of Defendants' opposition to Plaintiff Garrett Graff's motion for class certification.

4. Requests are categorized by the identity of the requestor, the subject matter of the request, and the relevant U.S. Attorney office district if applicable. Requests are not categorized according to whether the subject of the request is a third-party foreign national, and the number of third-party requests for foreign nationals without authorizations essentially cannot be determined.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30th, 2010.

_____
Vinay J. Jolly
Attorney-Advisor
EOUSA, FOIA/PA Unit