UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRETT M. GRAFF, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 09-2047 (ABJ) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) |
| Defendants. | ) |

## ORDER

In light of plaintiff's notice of concession [Dkt. # 69] and for the reasons stated in defendants' motion for summary judgment [Dkt. # 68], it is ORDERED that defendant's motion is GRANTED, and Counts II and V of plaintiff's complaint are dismissed with prejudice.

*/s/ Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: December 20, 2013